# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**FRANK CREMONE,**

**Plaintiff,**

**v.**

**HOME DEPOT, INC.**

**Defendant.**

Civil Action No. _____

**NOTICE OF REMOVAL**

TO:   The Honorable Judges of the
      United States District Court
      District of Massachusetts

Petitioner Home Depot U.S.A., Inc. ("Home Depot") (improperly named in the Complaint as "Home Depot, Inc."), Defendant in the above entitled action, states:

1.      Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court for Norfolk County, Massachusetts, in which said cause is now pending under the name and style, *Frank Cremone, Plaintiff v. Home Depot, Inc., Defendant*, Civil Action No. 11-00974-A.  Defendant was served a Summons and a copy of a Complaint in this action on or about September 14, 2011.   A copy of the Summons, Civil Action Cover Sheet, Complaint and Scheduling Order, are attached hereto as Exhibit A.

2.      The above-described action is one of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this court by Defendant, pursuant to the provisions of 28 U.S.C. § 1441, wherein it is a civil action wherein the matter in controversy exceeds the sum or the value of $75,000.00 exclusive of interest and costs, and is between citizens of different states.

3.      Defendant is filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

4.      Defendant will file a Notice of Filing of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk, Superior Court for Norfolk County, Norfolk Superior Court, 650 High Street, Dedham, MA 02026, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

5.      Defendants will serve written Notice to Opposing Counsel of Removal of Action to Federal Court, and copies of this Notice of Removal on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

WHEREFORE, Defendant Home Depot, Inc. prays that the above action now pending against it in the Superior Court for Norfolk County, Dedham, Massachusetts be removed therefrom to this Court.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

By its attorneys,


____/s/ Sean P. O'Connor_____
Robert P. Joy, BBO # 254820
Sean P. O'Connor, BBO # 673835
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
rpjoy@morganbrown.com
soconnor@morganbrown.com

Dated:  October 4, 2011


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Maria Mancini Scott, Keches Law Group, P.C., 122 Dean Street, Taunton, MA 02780 by first-class U.S. mail this 4th day of October 2011.

____/s/ Sean P. O'Connor_____
Sean P. O'Connor